*** FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER ***

Electronically Filed
Supreme Court
SCAP-15-0000084
09-NOV-2016
10:21 AM

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---oOo---

---

JAMES DANNENBERG, BILLY SOUTHWOOD, VALERIE YAMADA SOUTHWOOD,
DUANE PREBLE, and SARAH PREBLE, individually
and on behalf of all others similarly situated,
Respondents/Plaintiffs-Appellants/Cross-Appellees,

vs.

STATE OF HAWAI'I, HAWAI'I EMPLOYER-UNION
HEALTH TRUST FUND, BOARD OF TRUSTEES OF THE
HAWAI'I EMPLOYER-UNION HEALTH BENEFITS TRUST FUND,
Petitioners/Defendants-Appellees/Cross-Appellants,

and

COUNTY OF KAUA'I, CITY AND COUNTY OF HONOLULU,
COUNTY OF MAUI, COUNTY OF HAWAI'I,
Respondents/Defendants-Appellees.

---

SCAP-15-0000084

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-15-0000084; CIV. NO. 06-1-1141)

NOVEMBER 9, 2016

INTERMEDIATE COURT OF APPEALS ASSOCIATE JUDGE LEONARD,
ACTING C.J., CIRCUIT COURT JUDGES HARA, CAHILL, KURIYAMA, AND
CRABTREE IN PLACE OF NAKAYAMA, MCKENNA, POLLACK, AND WILSON, JJ.,
RECUSED, AND CIRCUIT COURT JUDGE ALM, RECUSED, PREVIOUSLY
ASSIGNED IN PLACE OF RECKTENWALD, C.J., RECUSED

ORDER DENYING PLAINTIFFS-APPELLANTS/CROSS-APPELLEES'
MOTION FOR CLARIFICATION OF OPINION OF THE COURT

Upon consideration of the October 31, 2016 Motion for Clarification of Opinion of the Court filed by Plaintiffs-Appellants/Cross-Appellees James Dannenberg, Billy Southwood, Valerie Yamada Southwood, Duane Preble, and Sarah Preble, individually and on behalf of all others similarly situated, and the records and files herein,

IT IS HEREBY ORDERED that said Motion for Clarification of Opinion of the Court is denied.

On the motion:

Paul Alston
Maren L. Calvert
John Rhee
   and
Charles K.Y. Khim
for Plaintiffs-Appellants/
 Cross-Appellees

/s/ Katherine G. Leonard

/s/ Glenn S. Hara

/s/ Peter T. Cahill

/s/ Christine E. Kuriyama

/s/ Jeffrey P. Crabtree